UNITED STATES DISTRICT COURT
Eastern District of California

UNITED STATES OF AMERICA     ( ) O/R     **U.S. MGST JUDGE William M. Wunderlich**
vs.     ( ) Custody     DKT # 6:07-mj-00295-WMW
Michael Rinehart     ( ) Bond     DATE: 3/4/08
    ( ) No/appear     TIME: _____
    ( ) Waiver     CLERK: L. Yu

ATTORNEY for DEFENDANT: D. Beavers
( ) Apt    ( ) Ret    ( ) Fed    ( ) Special Appearance

Legal Officer: B. Caldau

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

( ) Defendant present with counsel     ( ) No appearance by defendant     ( ) No counsel

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MINUTE ORDER

The bond previously posted in the above matter shall be applied and remainder returned to defendant.

It is so Ordered.

Dated: 3-24-08         _____
                                     William M. Wunderlich,
                                     U.S. Magistrate Judge